UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

USA

       Plaintiff

   v

                                                      3:11-cr-66-02

William Gordon Alsaker
       Defendant

**CLERK'S MINUTES OF PROCEEDINGS**  Arraignment

U.S. Magistrate Judge Karen Klein        Date: Wednesday, June 15, 2011
Fargo, North Dakota        Time: 3:05p.m.
Court Reporter:  Kelly Kroke        Law Clerk:  Amy Strankowski
USPO:  Heather A. Heck        Deputy Clerk: JoAnn Ordahl
       Recess: 3:15 p.m.

Appearances:   **AUSA  Scott Schneider for Chris Myers**
                     **Attorney Mark Friese  CJA**

**Court advises the dft. of the Indictment filed against him.**
**Court advises the dft. of his rights and right to counsel.**
**Attorney Mark Friese has been appointed.**
**Dft. is over 18 yrs of age; Has his GED; No difficulty in reading; No illness/disabilities; Has not had any substances today.**
**Dft. has read the Indictment  - waives reading of the Indictment.**
**Court states penalty. Prior conviction - felony drug convictions - penalty would double.**
**Dft. advised of his right to a jury trial.**
**Dft. enters a Not Guilty Plea to count 1 of the Indictment.**
**Jury Trial to be set before Judge Erickson-  (other dfts trial date is August 9, 2011) (est.  4-5   days)**
**Pretrial motion deadline - 30 days prior to trial.**
**Stipulated Discovery.**
**Dft. previously appeared in the Dist. of MN and in this court -  dft. was ordered detained pending trial unless new information should come before the court.**
**Gov't - Attorney Friese nothing else.**